# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: THOUVENIN, BRADLEY J | § | Case No. 08-24735 |
| HOGE, MICHELLE L | § | |
| | § | |
| Debtor(s) HOGE, MICHELLE L | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 03/30/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/21/2012         By:  /s/DEBORAH K. EBNER
                                          Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: THOUVENIN, BRADLEY J § Case No. 08-24735
　　　　HOGE, MICHELLE L §
　　　　　　　　　　　　　　　§
Debtor(s) HOGE, MICHELLE L §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.00 |
| *and approved disbursements of* | $ 219.00 |
| *leaving a balance on hand of* [1] | $ 9,781.00 |
| **Balance on hand:** | $ 9,781.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,781.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 1,730.26 | 0.00 | 1,730.26 |
| Trustee, Expenses - DEBORAH K. EBNER | 6.90 | 0.00 | 6.90 |
| Attorney for Trustee, Fees - Springer-Brown Law Firm | 1,305.00 | 0.00 | 1,305.00 |
| Accountant for Trustee, Fees - LOIS WEST | 874.00 | 0.00 | 874.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,916.16 |
| Remaining balance: | $ 5,864.84 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,864.84 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $203.21 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Department of the Treasury | 203.21 | 0.00 | 203.21 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 203.21 |
| Remaining balance: | $ | 5,661.63 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,101.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Com Ed | 1,106.13 | 0.00 | 1,106.13 |
| 2 | Ameren Illinois | 598.43 | 0.00 | 598.43 |
| 3U | Department of the Treasury | 1,243.25 | 0.00 | 1,243.25 |
| 4 | Quantum3 Group LLC as agent for | 1,376.05 | 0.00 | 1,376.05 |
| 5 | GE Capital Retail Bank | 778.06 | 0.00 | 778.06 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,101.92 |
| Remaining balance: | $ | 559.71 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$       0.00**
Remaining balance: $       559.71

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$       0.00**
Remaining balance: $       559.71

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 2.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $362.32. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 197.39.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 08-24735-BWB
Bradley J Thouvenin                                                 Chapter 7
Michelle L Thouvenin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 3          Date Rcvd: Feb 22, 2012
                              Form ID: pdf006          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2012.
```
db/jdb      #+Bradley J Thouvenin,    Michelle L Thouvenin,    330 E. 11th Road,    Dana, IL 61321-9332
12620211     +Assoc. Univ. of Neurosurgeons,    719 N. William Kumph, Suite 100,    Peoria, IL 61605-2531
12620212      Bill Shawback,    Main St.,    Dana, IL 61321
12620213     +Cda/pontiac,    Attn: Bankruptcy,    Po Box 213,    Sreator, IL 61364-0213
12620214     +Cefcu,    Po Box 1715,    Peoria, IL 61656-1715
12620215    #+Central IL Pathology, SC,    PO Box 9190,    Peoria, IL 61612-9190
12620216    #+Central IL Radiology,    401 SW Water St. Ste 507,    Peoria, IL 61602-1587
12620218     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12620219     +City of Streator,    204 S. Bloomington St.,    Streator, IL 61364-2996
12620220     +Collection Prof/lasal,    723 1st St,    La Salle, IL 61301-2535
12620222    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    12234 North Ih 35,
              Austin, TX 78753)
12620223     +Direct TV,    PO Box 6550,    Englewood, CO 80155-6550
12620224     +E Bugaieski,    PO Box 1392,    Peoria, IL 61654-1392
12620226     +Fashion Bug/soanb,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
12620227     +Fstsource Hc,    7650 Magna Dr,    Belleville, IL 62223-3366
12620229     +GC Services,    Attn: Bankruptcy,    6330 Gulfton,    Houston, TX 77081-1198
12620233     +James Sloan,    355 Lawrence Ave.,    Marseilles, IL 61341-1528
12620234     +K Macwan,    PO Box 1392,    Peoria, IL 61654-1392
12620236     +Life Flight,    530 NE Glen Oak Ave.,    Peoria, IL 61637-0001
12620237     +M. Patel,    2500 W. Reynolds St.,    Pontiac, IL 61764-9774
12620238     +Minonk Ambulance,    636 Jefferson St.,    Minonk, IL 61760-1243
12620240     +OSF Medical Group,    PO Box 802688,    Chicago, IL 60680-2688
12620244     +PT Ferro,    700 S Rowel St.,    Joliet, IL 60433-2597
12620241      Pay Pal,    211 N. First St,    San Jose, CA 95131
12620242     +Pro Com Services Of Il,    2427 S Macarthur Blvd,    Springfield, IL 62704-4505
12620243     +Providian Visa,    PO Box 660548,    Dallas, TX 75266-0548
12620245     +St. Francis,    PO Box 3517,    Bloomington, IL 61702-3517
12620246     +Streator Home Building and Loan,    132 S. Monroe,    Streator, IL 61364-2981
12620247     +Streator Onized Credit,    120 E Northpoint Dr,    Streator, IL 61364-1174
12620248     +Streator Onized Cu,    1807 W Diehl Rd,    Naperville, IL 60563-1890
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12620210     +E-mail/PDF: recoverybankruptcy@afninet.com Feb 23 2012 04:51:57     Afni, Inc.,
              Attn: DP Recovery Support,    Po Box 3427,    Bloomington, IL 61702-3427
17949795     +E-mail/Text: AmerenILCredit@ameren.com Feb 23 2012 05:34:26       Ameren Illinois,
              Credit & Collections,    2105 E. State Route 104,    Pawnee, IL 62558-4681
12620217     +E-mail/Text: AmerenILCredit@ameren.com Feb 23 2012 05:34:26       CILCO,    PO Box 66826,
              Saint Louis, MO 63166-6826
12620221     +E-mail/Text: legalcollections@comed.com Feb 23 2012 03:15:50       Com Ed,    PO Box 805379,
              Chicago, IL 60680-4179
12620232      E-mail/Text: cio.bncmail@irs.gov Feb 23 2012 03:09:07     Department of the Treasury,
              Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
18082864      E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2012 04:58:32     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
12620230     +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2012 04:58:30     Gembppbycr,    Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
12620231     +E-mail/Text: bkynotice@harvardcollect.com Feb 23 2012 04:00:01       Harvard Collection,
              4839 N Elston Ave,    Chicago, IL 60630-2589
12620239     +E-mail/Text: bankrup@nicor.com Feb 23 2012 03:11:21       Nicor,    PO Box 190,
              Aurora, IL 60507-0190
18027003      E-mail/Text: bnc-quantum@quantum3group.com Feb 23 2012 04:33:35
              Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
              Kirkland, WA 98083-0788
12620249      E-mail/Text: MELANIE.BARICKMAN@CENTRUE.COM Feb 23 2012 03:43:12       Union Bank,    201 N. Main St.,
              Streator, IL 61364
12620250     +E-mail/PDF: bankruptcyverizoncom@afni.com Feb 23 2012 04:52:01       Verizon,    PO Box 9688,
              Mission Hills, CA 91346-9688
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12620235*    +K Macwan,    PO Box 1392,    Peoria, IL 61654-1392
12620225    ##+Fashion Bug,    PO box 856021,    Louisville, KY 40285-6021
12620228    ##+Gary Szewczyk,    314 1/2 E. Washington,    Dana, IL 61321-8928
                                                                                      TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: adragonet            Page 2 of 3           Date Rcvd: Feb 22, 2012
                              Form ID: pdf006            Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet            Page 3 of 3                  Date Rcvd: Feb 22, 2012
                              Form ID: pdf006            Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2012 at the address(es) listed below:

        Charles L Schmidt    on behalf of Debtor Bradley Thouvenin cschmidt60450@gmail.com
        Colleen E McManus    on behalf of Debtor Bradley Thouvenin cmcmanus@carlsondash.com
        Deborah  Kanner Ebner    dkebner@debnertrustee.com,
        IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
        admin.assistant@debnertrustee.com
        Joshua D Greene    on behalf of Trustee Deborah Kanner Ebner jgreene@springerbrown.com,
        sellis@springerbrown.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                     TOTAL: 5