# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: THOUVENIN, BRADLEY J       Case No. 08-24735
HOGE, MICHELLE L
HOGE, MICHELLE L       Chapter  7
_____,
Debtors

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00      Assets Exempt: $20,996.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$5,667.45      Claims Discharged
Without Payment: $106,972.67

Total Expenses of Administration:$4,135.16

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 197.39 (see **Exhibit 2**), yielded net receipts of $9,802.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,135.16 | 4,135.16 | 4,135.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,112.00 | 203.21 | 203.21 | 203.21 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 109,292.21 | 5,464.24 | 5,464.24 | 5,464.24 |
| **TOTAL DISBURSEMENTS** | $115,404.21 | $9,802.61 | $9,802.61 | $9,802.61 |

4) This case was originally filed under Chapter 7 on September 18, 2008. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2012          By: /s/DEBORAH K. EBNER
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit | 1249-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| THOUVENIN, BRADLEY J | Dividend paid 100.00% on $197.39; Claim# SURPLUS; Filed: $197.39; Reference: | 8200-000 | 0.00 |
| Clerk of the US Bankruptcy Court | TURNOVER TO CLERK OF CT | 8200-002 | 197.39 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$197.39** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,730.26 | 1,730.26 | 1,730.26 |
| DEBORAH K. EBNER | 2200-000 | N/A | 6.90 | 6.90 | 6.90 |
| Illinois Dept. of Revenue | 2690-000 | N/A | 219.00 | 219.00 | 219.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Springer-Brown Law Firm | 3210-000 | N/A | 1,305.00 | 1,305.00 | 1,305.00 |
| LOIS WEST | 3410-000 | N/A | 874.00 | 874.00 | 874.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,135.16 | $4,135.16 | $4,135.16 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Department of the Treasury | 5800-000 | 6,112.00 | 203.21 | 203.21 | 203.21 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,112.00 | $203.21 | $203.21 | $203.21 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Com Ed | 7100-000 | 2,319.54 | 1,106.13 | 1,106.13 | 1,106.13 |
| 1I | Com Ed | 7990-000 | N/A | 75.54 | 75.54 | 75.54 |
| 2 | Ameren Illinois | 7100-000 | N/A | 598.43 | 598.43 | 598.43 |
| 2I | Ameren Illinois | 7990-000 | N/A | 40.87 | 40.87 | 40.87 |
| 3U | Department of the Treasury | 7100-000 | N/A | 1,243.25 | 1,243.25 | 1,243.25 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,376.05 | 1,376.05 | 1,376.05 |
| 4I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 93.98 | 93.98 | 93.98 |
| 5 | GE Capital Retail Bank | 7100-000 | N/A | 778.06 | 778.06 | 778.06 |
| 5I | GE Capital Retail Bank | 7990-000 | N/A | 53.14 | 53.14 | 53.14 |
| 3PI | Department of the Treasury | 7990-000 | 0.00 | 13.88 | 13.88 | 13.88 |
| 3UI | Department of the Treasury | 7990-000 | N/A | 84.91 | 84.91 | 84.91 |
| NOTFILED | Life Flight | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | K Macwan | 7100-000 | 236.00 | N/A | N/A | 0.00 |
| NOTFILED | M Patel | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| NOTFILED | Minonk Ambulance | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 1,126.06 | N/A | N/A | 0.00 |
| NOTFILED | Gembppbycr | 7100-000 | 713.00 | N/A | N/A | 0.00 |
| NOTFILED | K Macwan | 7100-000 | 214.85 | N/A | N/A | 0.00 |
| NOTFILED | GC Services | 7100-000 | 565.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Medical Group | 7100-000 | 64.15 | N/A | N/A | 0.00 |
| NOTFILED | James Sloan | 7100-000 | 2,640.17 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Collection | 7100-000 | 869.00 | N/A | N/A | 0.00 |
| NOTFILED | PT Ferro | 7100-000 | 616.50 | N/A | N/A | 0.00 |
| NOTFILED | Streator Onized Cu | 7100-000 | 458.00 | N/A | N/A | 0.00 |
| NOTFILED | Streator Onized Credit | 7100-000 | 2,209.00 | N/A | N/A | 0.00 |
| NOTFILED | Union Bank | 7100-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Streator Onized Credit | 7100-000 | 2,701.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 663.63 | N/A | N/A | 0.00 |
| NOTFILED | Streator Home Building and Loan | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Streator Home Building and Loan | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Providian Visa | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Pro Com Services of IL | 7100-000 | 41.00 | N/A | N/A | 0.00 |
| NOTFILED | Fstsource Hc | 7100-000 | 513.00 | N/A | N/A | 0.00 |
| NOTFILED | Pay Pal | 7100-000 | 397.19 | N/A | N/A | 0.00 |
| NOTFILED | St Francis | 7100-000 | 52.57 | N/A | N/A | 0.00 |
| NOTFILED | Fstsource Hc | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | Cda/Pontiac | 7100-000 | 110.00 | N/A | N/A | 0.00 |
| NOTFILED | Cda/Pontiac | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Central IL Pathology, SC | 7100-000 | 684.52 | N/A | N/A | 0.00 |
| NOTFILED | Fstsource Hc | 7100-000 | 7,584.00 | N/A | N/A | 0.00 |
| NOTFILED | Cda/Pontiac | 7100-000 | 448.00 | N/A | N/A | 0.00 |
| NOTFILED | Central IL Radiology | 7100-000 | 429.80 | N/A | N/A | 0.00 |
| NOTFILED | Assoc Univ of Neurosurgeon | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Central IL Radiology | 7100-000 | 36.00 | N/A | N/A | 0.00 |
| NOTFILED | Afni, inc. | 7100-000 | 87.00 | N/A | N/A | 0.00 |
| NOTFILED | Cefcu | 7100-000 | 4,232.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Direct TV | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services | 7100-000 | 1,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug | 7100-000 | 1,270.00 | N/A | N/A | 0.00 |
| NOTFILED | CILCO | 7100-000 | 238.58 | N/A | N/A | 0.00 |
| NOTFILED | Collection Prof/lasal | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug/soanb | 7100-000 | 575.00 | N/A | N/A | 0.00 |
| NOTFILED | E Bugaieski | 7100-000 | 44.60 | N/A | N/A | 0.00 |
| NOTFILED | CILCO | 7100-000 | 359.85 | N/A | N/A | 0.00 |
| NOTFILED | City of Streator | 7100-000 | 1,677.49 | N/A | N/A | 0.00 |
| NOTFILED | Citibank, USA | 7100-000 | 293.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Streator | 7100-000 | 3,386.39 | N/A | N/A | 0.00 |
| NOTFILED | City of Streator | 7100-000 | 2,250.32 | N/A | N/A | 0.00 |
| NOTFILED | City of Streator | 7100-000 | 2,250.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $109,292.21 | $5,464.24 | $5,464.24 | $5,464.24 |

Exhibit 8

Page:  1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 08-24735 | Trustee: (330480) DEBORAH K. EBNER |
| Case Name: THOUVENIN, BRADLEY J | Filed (f) or Converted (c): 09/18/08 (f) |
| HOGE, MICHELLE L | §341(a) Meeting Date: 10/20/08 |
| Period Ending: 09/22/12 | Claims Bar Date: 01/03/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank Account: Checking account | 250.00 | 250.00 | | 0.00 | FA |
| 2 | Bank Account: Checking and savings account | 200.00 | 200.00 | | 0.00 | FA |
| 3 | Savings account, CEFCU | 10.00 | 10.00 | | 0.00 | FA |
| 4 | Streator Onized Credit Union | 5.00 | 5.00 | | 0.00 | FA |
| 5 | Ordinary household furnishings | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | Retirement: 401K | 19,671.00 | 0.00 | | 0.00 | FA |
| 7 | Auto: 1989 Chevrolet C1500, Unknown miles, rough | 700.00 | 0.00 | | 0.00 | FA |
| 8 | Trade Tools: Tools | 375.00 | 0.00 | | 0.00 | FA |
| 9 | Trailer: Home made flatbed utility trailer, 1993 | 1,200.00 | 950.00 | | 0.00 | FA |
| 10 | Lawsuit (u)<br>Exemption of $4000.00 waived per Motion of<br>10/6/2011 doc#36 | Unknown | Unknown | | 10,000.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$23,411.00** | **$2,415.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Order Granting Motion To Reopen Chapter 7 Case (Related Doc # 22 ). Signed on 3/25/2011. (Brown, Venita) (Entered: 03/29/2011)

Assets received by estate and case is presently being closed.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012         **Current Projected Date Of Final Report (TFR):**    February 21, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-24735 |
| Case Name: | THOUVENIN, BRADLEY J |
| | HOGE, MICHELLE L |
| Taxpayer ID #: | **-***3940 |
| Period Ending: | 09/22/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******71-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/11 | {10} | O'Malley & Madden, PC | settlement | 1249-000 | 10,000.00 | | 10,000.00 |
| 01/05/12 | | To Account #9200******7167 | | 9999-000 | | 900.00 | 9,100.00 |
| 01/05/12 | | To Account #9200******7168 | | 9999-000 | | 900.00 | 8,200.00 |
| 01/05/12 | | To Account #9200******7169 | | 9999-000 | | 900.00 | 7,300.00 |
| 01/05/12 | | To Account #9200******7170 | | 9999-000 | | 900.00 | 6,400.00 |
| 01/05/12 | | To Account #9200******7171 | | 9999-000 | | 900.00 | 5,500.00 |
| 01/05/12 | | To Account #9200******7172 | | 9999-000 | | 900.00 | 4,600.00 |
| 01/05/12 | | To Account #9200******7173 | | 9999-000 | | 900.00 | 3,700.00 |
| 01/05/12 | | To Account #9200******7174 | | 9999-000 | | 900.00 | 2,800.00 |
| 01/05/12 | | To Account #9200******7175 | | 9999-000 | | 900.00 | 1,900.00 |
| 01/05/12 | | To Account #9200******6869 | | 9999-000 | | 900.00 | 1,000.00 |
| 01/05/12 | | To Account #9200******6868 | | 9999-000 | | 500.00 | 500.00 |
| 01/30/12 | | From Account #9200******7167 | per bank direction | 9999-000 | 681.00 | | 1,181.00 |
| 01/30/12 | | From Account #9200******7169 | | 9999-000 | 900.00 | | 2,081.00 |
| 01/30/12 | | From Account #9200******6869 | | 9999-000 | 1,800.00 | | 3,881.00 |
| 01/30/12 | | From Account #9200******6868 | | 9999-000 | 500.00 | | 4,381.00 |
| 01/30/12 | | From Account #9200******7175 | | 9999-000 | 900.00 | | 5,281.00 |
| 01/30/12 | | From Account #9200******7174 | | 9999-000 | 900.00 | | 6,181.00 |
| 01/30/12 | | From Account #9200******7173 | | 9999-000 | 900.00 | | 7,081.00 |
| 01/30/12 | | From Account #9200******7172 | | 9999-000 | 900.00 | | 7,981.00 |
| 01/30/12 | | From Account #9200******7170 | | 9999-000 | 900.00 | | 8,881.00 |
| 01/30/12 | | From Account #9200******7171 | | 9999-000 | 900.00 | | 9,781.00 |
| 04/04/12 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,730.26, Trustee Compensation;  Reference: | 2100-000 | | 1,730.26 | 8,050.74 |
| 04/04/12 | 102 | Springer-Brown Law Firm | Dividend paid 100.00% on $1,305.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 1,305.00 | 6,745.74 |
| 04/04/12 | 103 | DEBORAH K. EBNER | Dividend paid 100.00% on $6.90, Trustee Expenses;  Reference: | 2200-000 | | 6.90 | 6,738.84 |
| 04/04/12 | 104 | LOIS WEST | Dividend paid 100.00% on $874.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 874.00 | 5,864.84 |
| 04/04/12 | 105 | Department of the Treasury | Dividend paid 100.00% on $203.21; Claim# 3P; Filed: $203.21; Reference: | 5800-000 | | 203.21 | 5,661.63 |
| 04/04/12 | 106 | Com Ed | Dividend paid 100.00% on $75.54; Claim# 1I; Filed: $75.54; Reference: | 7990-000 | | 75.54 | 5,586.09 |
| 04/04/12 | 107 | Ameren Illinois | Dividend paid 100.00% on $40.87; Claim# 2I; Filed: $40.87; Reference: | 7990-000 | | 40.87 | 5,545.22 |

Subtotals :  $19,281.00   $13,735.78

Exhibit 9

# **Form 2**

Page: 2

## **Cash Receipts And Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 08-24735 | |
| **Case Name:** | THOUVENIN, BRADLEY J | |
| | HOGE, MICHELLE L | |
| **Taxpayer ID #:** | **-***3940 | |
| **Period Ending:** | 09/22/12 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******71-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/12 | 108 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $93.98; Claim# 4I; Filed: $93.98; Reference: | 7990-000 | | 93.98 | 5,451.24 |
| 04/04/12 | 109 | GE Capital Retail Bank | Dividend paid 100.00% on $53.14; Claim# 5I; Filed: $53.14; Reference: | 7990-000 | | 53.14 | 5,398.10 |
| 04/04/12 | 110 | Department of the Treasury | Dividend paid 100.00% on $13.88; Claim# 3PI; Filed: $13.88; Reference: | 7990-000 | | 13.88 | 5,384.22 |
| 04/04/12 | 111 | Department of the Treasury | Dividend paid 100.00% on $84.91; Claim# 3UI; Filed: $84.91; Reference: | 7990-000 | | 84.91 | 5,299.31 |
| 04/04/12 | 112 | THOUVENIN, BRADLEY J | Dividend paid 100.00% on $197.39; Claim# SURPLUS; Filed: $197.39; Reference: Stopped on 07/25/12 | 8200-000 | | 197.39 | 5,101.92 |
| 04/04/12 | 113 | Com Ed | Dividend paid 100.00% on $1,106.13; Claim# 1; Filed: $1,106.13; Reference: | 7100-000 | | 1,106.13 | 3,995.79 |
| 04/04/12 | 114 | Ameren Illinois | Dividend paid 100.00% on $598.43; Claim# 2; Filed: $598.43; Reference: | 7100-000 | | 598.43 | 3,397.36 |
| 04/04/12 | 115 | Department of the Treasury | Dividend paid 100.00% on $1,243.25; Claim# 3U; Filed: $1,243.25; Reference: | 7100-000 | | 1,243.25 | 2,154.11 |
| 04/04/12 | 116 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $1,376.05; Claim# 4; Filed: $1,376.05; Reference: | 7100-000 | | 1,376.05 | 778.06 |
| 04/04/12 | 117 | GE Capital Retail Bank | Dividend paid 100.00% on $778.06; Claim# 5; Filed: $778.06; Reference: | 7100-000 | | 778.06 | 0.00 |
| 07/25/12 | 112 | THOUVENIN, BRADLEY J | Dividend paid 100.00% on $197.39; Claim# SURPLUS; Filed: $197.39; Reference: Stopped: check issued on 04/04/12 | 8200-000 | | -197.39 | 197.39 |
| 08/06/12 | 118 | Clerk of the US Bankruptcy Court | TURNOVER TO CLERK OF CT | 8200-002 | | 197.39 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 19,281.00 | 19,281.00 | **$0.00** |
| Less: Bank Transfers | 9,281.00 | 9,500.00 | |
| **Subtotal** | **10,000.00** | **9,781.00** | |
| Less: Payments to Debtors | | 197.39 | |
| **NET Receipts / Disbursements** | **$10,000.00** | **$9,583.61** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-24735 |
| **Case Name:** | THOUVENIN, BRADLEY J |
| | HOGE, MICHELLE L |
| **Taxpayer ID #:** | **-***3940 |
| **Period Ending:** | 09/22/12 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******71-67 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 900.00 | | 900.00 |
| 01/19/12 | 101 | Illinois Dept. of Revenue | | 2690-000 | | 219.00 | 681.00 |
| 01/30/12 | | To Account #9200******7166 | per bank direction | 9999-000 | | 681.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 900.00 | 900.00 | **$0.00** |
| | | | Less: Bank Transfers | | 900.00 | 681.00 | |
| | | | **Subtotal** | | **0.00** | **219.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$219.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-24735 |
| Case Name: | THOUVENIN, BRADLEY J |
| | HOGE, MICHELLE L |
| Taxpayer ID #: | **-***3940 |
| Period Ending: | 09/22/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******71-68 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 900.00 | | 900.00 |
| 01/30/12 | | To Account #9200******6869 | | 9999-000 | | 900.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 900.00 | 900.00 | $0.00 |
| | | | Less: Bank Transfers | | 900.00 | 900.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 08-24735

Case Name: THOUVENIN, BRADLEY J

HOGE, MICHELLE L

Taxpayer ID #: **-***3940

Period Ending: 09/22/12

Trustee: DEBORAH K. EBNER (330480)

Bank Name: The Bank of New York Mellon

Account: 9200-******71-69 - Checking Account

Blanket Bond: $5,000,000.00  (per case limit)

Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 900.00 | | 900.00 |
| 01/30/12 | | To Account #9200******7166 | | 9999-000 | | 900.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 900.00 | 900.00 | $0.00 |
| | | | Less: Bank Transfers | | 900.00 | 900.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-24735 |
| Case Name: | THOUVENIN, BRADLEY J |
| | HOGE, MICHELLE L |
| Taxpayer ID #: | **-***3940 |
| Period Ending: | 09/22/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******71-70 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 900.00 | | 900.00 |
| 01/30/12 | | To Account #9200******7166 | | 9999-000 | | 900.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 900.00 | 900.00 | $0.00 |
| | | | Less: Bank Transfers | | 900.00 | 900.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-24735 |
| Case Name: | THOUVENIN, BRADLEY J |
| | HOGE, MICHELLE L |
| Taxpayer ID #: | **-***3940 |
| Period Ending: | 09/22/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******71-71 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 900.00 | | 900.00 |
| 01/30/12 | | To Account #9200******7166 | | 9999-000 | | 900.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 900.00 | 900.00 | $0.00 |
| Less: Bank Transfers | 900.00 | 900.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-24735 | |
| **Case Name:** | THOUVENIN, BRADLEY J | |
| | HOGE, MICHELLE L | |
| **Taxpayer ID #:** | **-***3940 | |
| **Period Ending:** | 09/22/12 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******71-72 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 900.00 | | 900.00 |
| 01/30/12 | | To Account #9200******7166 | | 9999-000 | | 900.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 900.00 | 900.00 | $0.00 |
| | | | Less: Bank Transfers | | 900.00 | 900.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| | |
|---|---|
| Case Number: | 08-24735 |
| Case Name: | THOUVENIN, BRADLEY J |
| | HOGE, MICHELLE L |
| Taxpayer ID #: | **-***3940 |
| Period Ending: | 09/22/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******71-73 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 900.00 | | 900.00 |
| 01/30/12 | | To Account #9200******7166 | | 9999-000 | | 900.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 900.00 | 900.00 | $0.00 |
| | | | Less: Bank Transfers | | 900.00 | 900.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-24735 |
| Case Name: | THOUVENIN, BRADLEY J |
| | HOGE, MICHELLE L |
| Taxpayer ID #: | **-***3940 |
| Period Ending: | 09/22/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******71-74 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 900.00 | | 900.00 |
| 01/30/12 | | To Account #9200******7166 | | 9999-000 | | 900.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 900.00 | 900.00 | $0.00 |
| Less: Bank Transfers | 900.00 | 900.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 09/22/2012 09:46 PM    V.13.02

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| Case Number: | 08-24735 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | THOUVENIN, BRADLEY J | | Bank Name: | The Bank of New York Mellon |
| | HOGE, MICHELLE L | | Account: | 9200-******71-75 - Checking Account |
| Taxpayer ID #: | **-***3940 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/22/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 900.00 | | 900.00 |
| 01/30/12 | | To Account #9200******7166 | | 9999-000 | | 900.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 900.00 | 900.00 | $0.00 |
| Less: Bank Transfers | 900.00 | 900.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-24735 |
| **Case Name:** | THOUVENIN, BRADLEY J |
| | HOGE, MICHELLE L |
| **Taxpayer ID #:** | **-***3940 |
| **Period Ending:** | 09/22/12 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******68-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-24735 | |
| Case Name: | THOUVENIN, BRADLEY J | |
| | HOGE, MICHELLE L | |
| Taxpayer ID #: | **-***3940 | |
| Period Ending: | 09/22/12 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******68-67 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 14

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-24735 |
| Case Name: | THOUVENIN, BRADLEY J |
| | HOGE, MICHELLE L |
| Taxpayer ID #: | **-***3940 |
| Period Ending: | 09/22/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******68-68 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 500.00 | | 500.00 |
| 01/30/12 | | To Account #9200******7166 | | 9999-000 | | 500.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 500.00 | 500.00 | $0.00 |
| | | | Less: Bank Transfers | | 500.00 | 500.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-24735 | |
| Case Name: | THOUVENIN, BRADLEY J | |
| | HOGE, MICHELLE L | |
| Taxpayer ID #: | **-***3940 | |
| Period Ending: | 09/22/12 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******68-69 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/12 | | From Account #9200******7166 | | 9999-000 | 900.00 | | 900.00 |
| 01/30/12 | | From Account #9200******7168 | | 9999-000 | 900.00 | | 1,800.00 |
| 01/30/12 | | To Account #9200******7166 | | 9999-000 | | 1,800.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 1,800.00 | 1,800.00 | $0.00 |
| Less: Bank Transfers | 1,800.00 | 1,800.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******71-66 | 10,000.00 | 9,583.61 | 0.00 |
| Checking # 9200-******71-67 | 0.00 | 219.00 | 0.00 |
| Checking # 9200-******71-68 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******71-69 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******71-70 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******71-71 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******71-72 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******71-73 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******71-74 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******71-75 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******68-66 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******68-67 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******68-68 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******68-69 | 0.00 | 0.00 | 0.00 |
| | $10,000.00 | $9,802.61 | $0.00 |